SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-MJ-00090-3 |
| v. | **MOTION TO PARTIALLY UNSEAL CASE AT TO DEFENDANT** |
| **RAMIRO DE JESUS SAMAYOA RECINOS,** | **SAMAYOA (#3)** |
| **Defendants.** | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint and affidavit in support of the complaint remain under seal as the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

The above-captioned defendant has been arrested and the arrest warrant and complaint is necessary for initial appearance and other court purposes. The government intends to disclose the

**Motion to Partially Unseal Case as to Defendant SAMAYOA**   Page 1
Revised March 2018

sealed document to defense counsel, but requests that only the redacted document be referred to in public proceedings.

Dated: June 6, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

/s/ Paul T. Maloney
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney